```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-CR-358 WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JOSE OLIVERA ZAPIEN, et.al. ) | |
| Defendant. ) | |

The parties request that the status conference in this case be continued from November 21, 2011 to January 23, 2012 at 9:30 a.m. They stipulate that the time between November 21, 2011 and January 23, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case. Well over 2000

pages of discovery and 80 CD's containing video, audio recordings and photographs have been provided to the defense counsel to date. Defense counsel are still reviewing approximately 1200 new pages of discovery provided by the government in January 2011. Further, the parties are actively engaged in plea negotiations and it is anticipated this time period will aide in the resolution of this case for a number of parties. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: November 17, 2011       By:    /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
                                     Assistant U.S. Attorney


DATE: November 17, 2011               /s/ Michael Petrick
                                     MICHAEL PETRICK
                                     Attorney for Defendant Jose
                                     Olivera Zapien

                                      /s/ Gilbert Roque
                                     GILBERT ROQUE
                                     Attorney for Defendant Ramiro
                                     Suarez

                                      /s/ Ruben Munoz
                                     RUBEN MUNOZ
                                     Attorney for Defendant Adolfo
                                     Valencia Alvarez

                                      /s/ Olaf Hedberg
                                     OLAF HEDBERG
                                     Attorney for Defendant Jose
                                     Quintero Fernandez

    /s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant Jose
Moreno Gutierrez


    /s/ Tim Pori
TIM PORI
Attorney for Defendant Erik
Aguilar Lara



**SO ORDERED.**

DATE: November 17, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3