CHRIS COSCA   SBN 144546
LAW OFFICES OF CHRIS COSCA
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ALEJANDRO MORENO GUTIERREZ

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEJANDRO MORENO GUTIERREZ,<br><br>　　　　Defendant. | Case No.: 2:09-CR-0358 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE JUDGMENT**<br>**AND SENTENCING**<br><br>**DATE:**　January 23, 2012<br>**TIME:**　9:30 a.m.<br>**JUDGE:**　Hon. William B. Shubb |

## Stipulation

The parties, through their undersigned counsel, stipulate that the judgment and sentencing hearing currently scheduled for January 23, 2012 may be continued to March 5, 2012 at 9:30 a.m. The parties require additional time to prepare and gather facts relevant to judgment and sentencing herein.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: January 18, 2012　　　　by　　/s/ Chris Cosca
　　　　　　　　　　　　　　　　　　　Chris Cosca
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　ALEJANDRO MORENO GUTIERREZ

- 1 -

DATED: January 18, 2012    by    /s/ Chris Cosca for_____
                                 Heiko Coppola
                                 Assistant U. S. Attorney

**<u>Order</u>**

Good cause appearing,

The judgment and sentence hearing currently scheduled for January 23, 2012 is continued to March 5, 2012 at 9:30 a.m.

IT IS SO ORDERED.

DATED:   January 19, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE