BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-358 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO EXCLUDE TIME |
| JOSE OLIVERA ZAPIEN, et.al. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the status conference in this case be continued from March 5, 2012 to May 21, 2012 at 9:30 a.m. They stipulate that the time between March 5, 2012 and May 15, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4.

///

///

1

Well over 3000 pages of discovery and 80 CD's containing video, audio recordings and photographs have been provided to the defense counsel to date. Plea agreements have been provided by the government to defendants Zapien, Suarez, Alvarez, Lara, and Jose Moreno Gutierrez. Defendant Lara has accepted the government's offer but because of various scheduling concerns will need some additional time to prepare for the change of plea hearing on April 9, 2012. Because of the length of the potential sentences and the various guideline variables, defense counsel in the Zapien, Suarez, Alvarez and Jose Moreno Gutierrez matters need additional time to review the matters with their clients, review the discovery already provided in support of those guideline calculations and preparation for the change of plea hearing.

An agreement in principle has been reached between the government and defendant Fernandez, however, additional time is needed to obtain supervisor approval for the proposed plea agreement and for defense counsel to then review the plea agreements with his client, review the discovery already provided in support of the proposed guideline variables and prepare for the change of plea hearing.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

            Respectfully Submitted,

            BENJAMIN B. WAGNER
            United States Attorney

```
 1  DATE: March 13, 2012          By:      /s/ Heiko P. Coppola
 2                                         HEIKO P. COPPOLA
 3                                         Assistant U.S. Attorney
 4
 5  DATE: March 13, 2012                    /s/ Michael Petrick
 6                                         MICHAEL PETRICK
                                           Attorney for Defendant Jose
 7                                         Olivera Zapien
 8                                          /s/ Gilbert Roque
                                           GILBERT ROQUE
 9                                         Attorney for Defendant Ramiro
                                           Suarez
10
                                            /s/ Ruben Munoz
11                                         RUBEN MUNOZ
                                           Attorney for Defendant Adolfo
12                                         Valencia Alvarez
13                                          /s/ Olaf Hedberg
                                           OLAF HEDBERG
14                                         Attorney for Defendant Jose
                                           Quintero Fernandez
15
                                            /s/ Clemente Jimenez
16                                         CLEMENTE JIMENEZ
                                           Attorney for Defendant Jose
17                                         Moreno Gutierrez
18                                          /s/ Tim Pori
                                           TIM PORI
19                                         Attorney for Defendant Erik
                                           Aguilar Lara
20
21
22                                   SO ORDERED.
23
    DATE:   March 12, 2012
24
25                         [signature: William B. Shubb]
                           WILLIAM B. SHUBB
26                         UNITED STATES DISTRICT JUDGE
27
28
```

3