```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   JOSE OLIVERA ZAPIEN
7
```

<br>

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) No. 2:09-CR-358-01 WBS |
|---|---|---|
| 12 | Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER<br>) CONTINUING STATUS CONFERENCE TO |
| 13 | v. | ) MAY 29, 2012, AT 9:30 A.M. |
| 14 | JOSE OLIVERA ZAPIEN, | ) Date: May 21, 2012<br>) Time: 9:30 a.m. |
| 15 | Defendant. | ) Judge: Hon. William B. Shubb |
| 16 | _____ | ) |

17       THE PARTIES STIPULATE, through counsel, Heiko Coppola, Assistant

18  United States Attorney, and Michael Petrik, Jr., attorney for Mr.

19  Zapien, that the Court should vacate the status conference scheduled

20  for May 21, 2011, at 9:30 a.m., and reset it for May 29, 2012, at 9:30

21  a.m.

22       Defense counsel is finalizing a written plea agreement with the

23  government and will also need additional time to consult with Mr.

24  Zapien.

25       The parties further stipulate that the Court should exclude the

26  period from the date of this order through May 29, 2012, when it

27

28  STIPULATION AND [PROPOSED] ORDER        1                    09-358 WBS

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Zapien's request for a continuance outweigh the best interest of the public and Mr. Zapien in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 16, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DANIEL BRODERICK
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　/s/ M.Petrik
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL PETRIK, Jr.
　　　　　　　　　　　　　　　　　　Assistant Federal Defender

Dated: May 16, 2012　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ M.Petrik for
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HEIKO P. COPPOLA
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference/change of plea hearing is reset for May 29, 2012, at 9:30 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 29, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: May 16, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE