DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
RAMIRO SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-358 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | DATE, CONTINUING CASE, AND |
| | ) | EXCLUDING TIME |
| RAMIRO SUAREZ | ) | |
| ADOLFO VALENCIA ALVAREZ, | ) | |
| | ) | Date: October 29, 2012 |
| Defendants. | ) | Time: 9:00 a.m. |
| | ) | Judge: Honorable Judge Burrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant RAMIRO SUAREZ; Attorney Ruben Munoz, Counsel for Adolfo Valencia Alvarez, that the status conference scheduled for August 6, 2012, be vacated and the matter be continued to this Court's criminal calendar on October 29, 2012, at 9:30 a.m, for further status.

This continuance is requested by the defense in order to continue to review discovery, permit further client consultation and to negotiate with the prosecution. Counsel for Mr. Suarez is still in the process of reviewing discovery. Both parties are in continued negotiations with the Government in an attempt to reach a reasonable settlement

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare

outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 29, 2012, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: August 3, 2012 /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
RAMIRO SUAREZ

Dated: August 3, 2012 /S/ Ruben Munoz
RUBEN MUNOZ
Attorney for Defendant
ADOLFO VALENCIA ALVAREZ

Dated: August 3, 2012 /S/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: Aug. 3, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE