DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
RAMIRO SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-358 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| RAMIRO SUAREZ ) | |
| ADOLFO VALENCIA ALVAREZ, ) | |
| ) | Date: March 11, 2013 |
| Defendants. ) | Time: 9:30 a.m. |
| ) | Judge: Honorable Judge Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant RAMIRO SUAREZ; Attorney Ruben Munoz, Counsel for Adolfo Valencia Alvarez, that the status conference scheduled for February 25, 2013, be vacated and the matter be continued to this Court's criminal calendar on March 11, 2013, at 9:30 a.m, for further status and possible change of plea.

This continuance is requested by the defense in order to permit further client consultation and to negotiate with the prosecution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare

outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 11, 2013, date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: February 21, 2013         /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 RAMIRO SUAREZ

Dated: February 21, 2013         /S/ Ruben Munoz
                                 RUBEN MUNOZ
                                 Attorney for Defendant
                                 ADOLFO VALENCIA ALVAREZ

Dated: February 21, 2013         /S/ Olusere Olowoyeye
                                 OLUSERE OLOWOYEYE

                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: February 21, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE