RUBEN T. MUNOZ
ATTORNEY AT LAW
STATE BAR NO. 195421
111 WEST ST. JOHN STREET
SUITE 555
SAN JOSE, CA 95113
TEL: (408) 971-8820    FAX:  (408) 938-4182

Attorney for Defendant
ADOLFO ALVAREZ VALENCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADOLFO ALVAREZ VALENCIA,<br><br>Defendant. | Case No. 2:09-CR-358-03 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE<br>JUDGMENT & SENTENCING |

IT IS HERBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorney Ruben Munoz, Counsel for Defendant ADOLFO ALVAREZ VALENCIA, and United States Probation Officer, Paul Mamaril, that the Judgment and Sentencing date hearing in this case be continued form August 26, 2013 at 9:30 a.m. to September 16, 2013 at 9:30 a.m.  The parties further stipulate that disclosure and filing schedule in this case be modified according to the Judgment and Sentencing date. The continuance is requested by defense counsel.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, and taking into account the exercise of due diligence. The parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 USC 3161(h)(7)(A) & (B) (iv), Local code T-4 (time to prepare).

The Parties further request that the Judgment & Sentencing hearing be taken off the August 26, 2013 calendar before Judge William B. Schubb and be rescheduled for September 16, 2013 at 9:30 am before Judge Shubb.

The Court is advise that all counsel and the probation officer have conferred about this request, that they have agreed to the September 16, 2013 date, and that they have authorized Mr. Munoz to sign this stipulation on their behalf.

IT IS SO STIPULATED.


DATED: AUGUST 15, 2013


Respectfully Submitted,

Ruben T. Munoz


Date: August 15, 2013                    /s/ Ruben Munoz
                                         RUBEN T. MUNOZ
                                         Attorney for Defendant Adolfo Valencia Alvarez

Date: August 15, 2013                    /s/ Olusere Olowoyeye
                                         Olusere Olowoyeye
                                         Assistant United States Attorney

Date: August 15, 2013                    /s/ Paul Mamaril
                                         Paul Mamaril
                                         United States Probation Officer

## ORDER

**IT IS SO ORDERED.**

By the Court,

Dated:  August 15, 2013


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE