```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   RAMIRO SUAREZ
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 09-0358 WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND J&S |
| RAMIRO SUAREZ, | Date: November 18, 2013 |
| Defendant | Time: 9:30 a.m. |
| _____ | Judge: Hon. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant RAMIRO SUAREZ; that current date scheduled for September 23, 2013, be vacated and the matter be continued to this Court's criminal calendar on November 18, 2013, at 9:30 a.m, for judgement and sentencing. The Probation Officer has been advise of the new schedule.

It is further stipulated that the briefing schedule be reset as follows:

| | |
|---|---|
| Judgement and Sentencing Date: | November 18, 2013 |
| Reply or statement of No Opposition | November 11, 2013 |
| Formal Objections | October 28, 2013 |
| Informal Objections | October 14, 2013 |

The Court is advised that all counsel have conferred about this request, that they have agreed to the November 18, 2013 date, and that Mr. Olowoyeye has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: Sept. 13, 2013              /S/ Dina L. Santos
                                   DINA L. SANTOS
                                   Attorney for Defendant
                                   Ramiro Suarez

Dated: Sept. 13, 2013              /S/ Olusere Olowoyeye
                                   OLUSERE OLOWOYEYE
                                   Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: September 13, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE