1 | Dina L. Santos, SBN 204200
  | A Proffesional Law Corp.
2 | 428 J Street, Suite 359
  | Sacramento, CA 95814
3 | Telephone: (916) 447-0160
  | Facsimile: (916) 447-2988

Attorneys for:
Ramiro Suarez

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-358-02 WBS |
| Plaintiff, | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND J&S |
| v. | |
| RAMIRO SUAREZ, | |
| Defendant. | |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant RAMIRO SUAREZ, that the current date scheduled for November 18, 2013, be vacated and the matter be continued to this Court's criminal calendar on January 21, 2014, at 9:00 a.m. for judgment and sentencing.

It is further stipulated that the briefing schedule be reset as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 21, 2014 |
| Reply or Statement of non-opposition: | January 13, 2014 |
| Formal Objections: | January 6, 2014 |
| Informal Objections: | December 23, 2014 |

IT IS SO STIPULATED.

Stip. & [Proposed] Order Continuing J&S     1

| | | |
|---|---|---|
| Dated: November 13, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Olusere Olowoyeye<br>OLUSERE OLOWOYEYE<br>Assistant United States Attorney |
| Dated: November 13, 2013 | | /s/ Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Ramiro Suarez |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 15, 2013

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE